NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**SOUTHERN SNOW MANUFACTURING CO., INC.,
PARASOL FLAVORS, LLC, SIMEON, INC., PLUM
STREET SNOBALLS, THEODORE EISENMANN,
RAGGS SUPPLY, LP, SPECIAL T ICE CO., INC.,
SNOW INGREDIENTS, INC., VAN'S SNOWBALLS,**
*Plaintiffs*

**HANOVER INSURANCECOMPANY,**
*Plaintiff-Appellant*

**BANISTER & CO., INC., MILTON G. WENDLING,
JR., DOTY MANAGEMENT, LLC, JULIE K. DOTY,
RON ROBINSON,**
*Counterclaim Defendants*

**v.**

**SNOWIZARD HOLDINGS, INC., SNOWIZARD
EXTRACTS, INC., SNOWIZARD SUPPLIES, INC.,**
*Defendants*

**SNOWIZARD, INC., RONALD R. SCIORTINO,**
*Defendants-Cross-Appellants*

―――――――――――

2014-1389, 2014-1698

―――――――――――

Appeals from the United States District Court for the
Eastern District of Louisiana in Nos. 2:06-cv-09170-NJB-

SS, 2:09-cv-3394-NJB-SS, 2:10-cv-0791-NJB-SS, 2:11-cv-1499-NJB-SS, Judge Nannette Jolivette Brown.

---

## JUDGMENT

---

JOHN WILLIAM WATERS, JR., Bienvenu, Foster, Ryan & O'Bannon, LLC, New Orleans, LA, argued for plaintiff-appellant.

JACK EDWARD MORRIS, Attorney at Law, Metairie, LA, argued for defendants-cross-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and MOORE, *Circuit Judges*).

### AFFIRMED. *See* **Fed. Cir. R. 36.**

Each party shall bear its own costs.

ENTERED BY ORDER OF THE COURT

_July 13, 2015_
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court